UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUS, *et al.*, <br><br> Defendants. | NO.: CIV.S.04-0524 WBS <br> (terminated June 18, 2004) <br><br> **[PROPOSED] ORDER ANNULLING BOND AND EXONERATING SURETY** <br><br> The Honorable William B. Shubb |

Plaintiff Philip Morris USA Inc. requests that the Court annul the bond filed in this action with regard to the Court's issuance of a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction on March 17, 2004 and exonerate the surety with regard to such bond. The case was terminated on June 18, 2004 and the original purpose for which security was filed has been resolved without any liability having been incurred. Good cause having been shown,

**IT IS HEREBY ORDERED THAT**, the Court exonerates the surety bond in the amount of $1,000, originally posted with the Court by Plaintiff Philip Morris USA Inc. on March 18, 2004. The bond is annulled and the surety with regard thereto is exonerated. No notification to terminated parties is required.

DATED: May 2, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ANNULLING BOND AND EXONERATING SURETY
CASE NO. CIV.S.04-0524 WBS